# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Anthony I. Paronich**, Bar **678437**, was duly admitted to practice in this Court on **January 25, 2011**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **August 12, 2025**



_Robert M. Farrell_
**CLERK**