AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | | |
|---|---|---|
| ALLEN HARTOONIAN  *Plaintiff(s)*  v.  RESEARCH STRATEGIES, INC.  *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  25-00327-TFM-N |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Research Strategies, Inc.
c/o Eugene A. Talbott, Reg. Agent
2117 Pine Needle Drive West
Mobile, Alabama  36609

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J. Matthew Stephens, Esq.
Methvin, Terrell, Yancey, Stephens & Miller, P.C.
2201 Arlington Avenue South
Birmingham, Alabama  35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CHRISTOPHER EKMAN
*CLERK OF COURT*

Date: August 12, 2025

*Tammy Thornton*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-cv-00327**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Research Strategies, Inc.**
was recieved by me on  **8/14/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Unknown** after attempting service at **2117 Pine Needle Dr W, Mobile, AL 36609**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   08/21/2025

*Server's signature*

**Anthony Guy Raniello**
*Printed name and title*

**2312 Perch Point Ct.
Mobile, AL 36605**

*Server's address*

Additional information regarding attempted service, etc:

**8/17/2025 5:40 PM: There was no answer at the address.
8/20/2025 5:00 PM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who says not resident.**




Tracking #: **0183124228**