## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | |
|---|---|
| **ALLEN HARTOONIAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 25-00327-TFM-N |
| | ) |
| **RESEARCH STRATEGIES, INC.,** | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING PROPOSED ALIAS SUMMONS

Plaintiff, Allen Hartoonian, by and through undersigned counsel, hereby gives notice of filing a proposed Alias Summons for Defendant Research Strategies, Inc. (attached hereto as Exhibit "A").

Dated:  August 21, 2025            Respectfully submitted,

/s/ J. Matthew Stephens
J. Matthew Stephens (ASB-3788-e66s)
**METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, AL  35205
Telephone:  (205) 939-0199
Facsimile:   (205) 939-0399
Email:        mstephens@mtattorneys.com

Anthony Paronich, *admitted pro hac vice*
Email:  anthony@paronichlaw.com
**PARONICH LAW, P.C**.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:   (508) 318-8100