# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | | |
|---|---|---|
| **ALLEN HARTOONIAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 25-00327-TFM-N** |
| | ) | |
| **RESEARCH STRATEGIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING PROPOSED PLURIES SUMMONS

Plaintiff, Allen Hartoonian, by and through undersigned counsel, hereby gives notice of filing a proposed Pluries Summons for Defendant Research Strategies, Inc. (attached hereto as Exhibit "A").

Dated:   September 30, 2025.                    Respectfully submitted,

/s/ J. Matthew Stephens
J. Matthew Stephens (ASB-3788-e66s)
**METHVIN, TERRELL, YANCEY,**
**STEPHENS & MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, AL  35205
Telephone:  (205) 939-0199
Facsimile:   (205) 939-0399
Email:        mstephens@mtattorneys.com

Anthony Paronich, *admitted pro hac vice*
Email:  anthony@paronichlaw.com
**PARONICH LAW, P.C**.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:   (508) 318-8100