AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-00327-TFM-N

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Research Strategies, Inc.**
was received by me on *(date)* **October 6, 2025**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **EUGENE A. TALBOTT, REG AGENT**, who is designated by law to accept service of process on behalf of *(name of organization)*
**RESEARCH STRATEGIES, INC.** on *(date)* **Wed, Oct 8, 2025, 9:55:04 am CDT**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **October 8, 2025**

/s/ *Tabauren Dortch*

Verified by signNow
10/08/2025 20:13:14 UTC
0de34b97904946bb81a7

*Server's signature*

**Tabauren Dortch, Private Server**
*Printed name and title*

**418 Pittman Rd., Ellisville, MS 39437**
*Server's address*

Additional information regarding attempted service, etc: