IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLEN HARTOONIAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACT. NO. 1:25-cv-0327-TFM-N |
| | ) |
| RESEARCH STRATEGIES, INC., | ) |
| | ) |
| | ) |
|    Defendant. | ) |

## ORDER

It is ORDERED that pursuant to 28 U.S.C. § 636(b)(1), the above-styled action is REFERRED to the Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE and ORDERED this 20th day of October, 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE