# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALLEN HARTOONIAN, et al.,** ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CIV. ACTION NO. 1:25-00327-TFM-N |
| ) | |
| **RESEARCH STRATEGIES, INC.,** ) | |
|     Defendant. ) | |

## ORDER

This action is before the Court on the Answer and Motion for Summary Judgment filed by Research Strategies, Inc., a Dissolved Corporation. (Doc. 11).[1] The answer and motion were filed by Eugene A. Talbott, appearing *pro se*, on behalf of the reportedly dissolved entity.

Talbott asserts that he is the former president of Research Strategies, Inc., however, a review of this Court's records reveals that Talbott is not an attorney licensed to practice in this Court. As such, filing on behalf of a corporation was improper.

A corporation "is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *J.J. Rissell, Allentown, PA Tr. v. Marchelos*, 976 F.3d 1233, 1235 (11th Cir. 2020) (quoting *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)); *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02, (1993) ("a corporation may appear in the

---

[1] The assigned District Judge has referred this matter to the undersigned pursuant to 28 U.S.C. § 636(b)(1) for consideration and disposition or recommendation on all pretrial matters as may be appropriate. (10/20/2025 elec. ref.).

federal courts only through licensed counsel."); *see also Palazzo*, 764 F.2d at 1385 (explaining that a corporation "cannot appear *pro se*, and must be represented by counsel"). [2]

The rule applies even where the person seeking to represent the corporation is its president and major stockholder. *Palazzo*, 764 F.2d at 1385 (citing *In re Las Colinas Development Corp.*, 585 F.2d 7 (1st Cir.1978), *cert. denied*, 440 U.S. 931 (1979)).

Accordingly, the motion and answer (Doc. 11) are **STRICKEN**. An extension of 30-days—November 21, 2025—is provided for Research Strategies, Inc., to secure counsel and make an appropriate filing. *See Safari Programs, Inc. v. CollectA Int'l Ltd.*, 686 F. App'x 737, 745 (11th Cir. 2017) (providing an opportunity to obtain counsel).

**DONE** and **ORDERED** this 22nd day of October, 2025.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] Should Talbott become subject to individual liability, he would be permitted to appear *pro se* and represent himself in that capacity.