IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLEN HARTOONIAN ) | |
| ) | |
| vs. ) | CASE NO.: 25-00327-TFM-N |
| ) | |
| RESEARCH STRATEGIES, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, S. Joshua Briskman and files this his Notice of Appearance as counsel for Defendant, RESEARCH STRATEGIES, INC. in the above styled matter.

Respectfully submitted,

*/s/ S. Joshua Briskman*
S. JOSHUA BRISKMAN (BRI041)

**BRISKMAN LAW FIRM**
150 Government St. #1004
Mobile, AL  36602
*T:*  251.486.1298
*Email:*  jbriskman@briskmanlawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this, the 20th day of November 2025, I have electronically served a copy of the foregoing pleading upon all parties via electronic filing.

J. Matthew Stephens
Methvin, Terrell, Yancey, Stephens & Miller, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205

*/s/ S. Joshua Briskman*
OF COUNSEL