IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALLEN HARTOONIAN        )
                       )
vs.                    )     CASE NO.:  25-00327-TFM-N
                       )
RESEARCH STRATEGIES, INC.   )
                       )
     Defendant.       )

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW, the undersigned, on behalf of the defendant, RESEARCH STRATEGIES, INC., and moves this Honorable Court for an extension of time in which to answer the Complaint. As grounds in support, the undersigned would show unto this Honorable Court as follows:

1.    The undersigned requests additional time in which to file a responsive motion/pleading.

2.    The undersigned has spoken with opposing counsel, who has no objection to a continuance.

3.    The parties are in settlement negotiations.

WHEREFORE, premises considered, the undersigned respectfully moves this Honorable Court for an additional 30 days in which to file a response to the Complaint in this matter.

Respectfully submitted,


*/s/ S. Joshua Briskman*

S. JOSHUA BRISKMAN (BRI041)

**BRISKMAN LAW FIRM**
150 Government St. #1004
Mobile, AL  36602
*T:*  251.486.1298
*Email:*  jbriskman@briskmanlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

     I do hereby certify that on this, the 20th day of November 2025, I have electronically served a copy of the foregoing pleading upon all parties via electronic filing.

J. Matthew Stephens
Methvin, Terrell, Yancey, Stephens & Miller, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205

       */s/ S. Joshua Briskman*
       OF COUNSEL