IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ALLEN HARTOONIAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH STRATEGIES, INC.<br><br>Defendants. | CIVIL ACTION FILE NO. 1:25-cv-00327-TFM-N |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

DATED this 8th day of December, 2025

By: _/s/ Anthony I. Paronich_____
Anthony I. Paronich, Esq.

PARONICH LAW, P.C.
Anthony I. Paronich, Esq.
*Counsel for Plaintiff*
350 Lincoln Street, Suite 2400
Hingham, MA 02043.
(508) 221-1510
anthony@paronichlaw.com